*John M. Cullen* for Special Fund for Reopened Cases, appellant.

*Nathaniel L. Goldstein, Attorney-General (Theodore M. Schwartz* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

ANGELA RAVAUD, Appellant, *v.* JEAN RAVAUD, Respondent.

Submitted October 22, 1948; decided November 24, 1948.

*Parnell J. T. Callahan* and *Louis Merlino* for appellant.
*Bernard Sternlight* and *Jules Jacobs* for respondent.
Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

FANNIE MACFARLAND et al., Respondents, *v.* CLARA CLEVELAND, Appellant.

Argued October 15, 1948; decided November 24, 1948.